UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLARA WILSON, a single woman,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF DEER PARK, a municipal corporation; MIKE REITER, a Deer Park Code Enforcement Officer, in his individual capacity; and SUNSHINE RECYCLERS, INC., a Washington Corporation,<br><br>  Defendants. | NO. CV-08-0172-JLQ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

BEFORE THE COURT is the joint motion of Plaintiff and Defendants City of Deer Park and Mike Reiter for dismissal (Ct. Rec. 45) of all claims against the City and Reiter with prejudice and without the award of costs. They stipulate to the dismissal pursuant to a settlement agreement.

Pursuant to the stated agreement of the parties, the Joint Motion to Dismiss **(Ct. Rec. 45)** is **GRANTED** and the Amended Complaint and the claims therein asserted by the Plaintiff against the Defendants City of Deer Park and Mike Reiter are DISMISSED with prejudice and without the award of costs.

The claims against Sunshine Recyclers and the trial and cut-off dates set in this court's Scheduling Order of September 9, 2009 shall remain as set therein.

**IT IS SO ORDERED.** The Clerk of this court shall enter this Order, enter judgment of dismissal as provided herein and forward copies to counsel for all parties.

Dated this 26th day of February, 2009.

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1