AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CLARA WILSON, a single woman,

                      Plaintiff,

              v.

CITY OF DEER PARK, MIKE REITER,
and SUNSHINE RECYCLERS, INC.,

                    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-172-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the stated agreement of the parties, the Amended Complaint and the claims therein asserted by the Plaintiff against the Defendants City of Deer Park and Mike Reiter are DISMISSED with prejudice and without the award of costs.

| | |
|---|---|
| February 26, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |